**FILED**

MAR -8 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. W23-622M |
| ) | |
| Plaintiff, ) | **INFORMATION** |
| ) | [Count One: 18 U.S.C. §§ 7(3), 13 and |
| v. ) | T.P.C. §§ 49.04(a) & (d) – Driving While |
| ) | Intoxicated, BAC ≥ .15] |
| ALEXANDER JAMES DUGAN, ) | Count Two: 18 U.S.C. §§ 7(3), 13, and |
| ) | 111(a)(1) – Assaulting, Resisting, or |
| Defendant. ) | Impeding Certain Officers |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. §§ 7(3), 13 and T.P.C. §§ 49.04(a) & (d)]

On or about April 9, 2022, at the Fort Hood Military Reservation, Waco Division, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

ALEXANDER JAMES DUGAN,

did operate a motor vehicle in a public place while intoxicated and it is further presented that at the time of a forensic analysis of a specimen of the defendant's breath or blood, the analysis showed an alcohol concentration of 0.15 or more, in violation of Title 18, United States Code, Sections 7(3), 13 and Sections 49.04(a) & (d) of the Texas Penal Code.

<u>COUNT TWO</u>
[18 U.S.C. §§ 7(3), 13, and 111(a)(1)]

On or about April 9, 2022, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendant

ALEXANDER JAMES DUGAN,

did forcibly resists officers of the United States engaged in the performance of official duties, to wit: military police officers engaged in an apprehension, in violation of Title 18, United States Code, Section 111.

JAIME ESPARZA
United States Attorney

By: *Cassidy Siberski*
CASSIDY T. SIBERSKI
Special Assistant U. S. Attorney